# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**RODNEY BARNETT**  **PETITIONER**
**ADC #117904**

v.  No. 5:04-cv-159-DPM

**LARRY NORRIS, Director,**
**Arkansas Department of Correction**  **RESPONDENT**

## ORDER

Barnett's motion for relief, *Doc. 35*, is denied without prejudice for lack of jurisdiction. This is a second or successive *habeas* petition; and Barnett must get permission from the United States Court of Appeals for the Eighth Circuit before this Court can proceed. 28 U.S.C. § 2244(b)(3)(A). No certificate of appealability will issue. 28 U.S.C. § 2253(c)(1)–(2). His motion for leave to proceed *in forma pauperis*, *Doc. 34*, is denied as moot.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

12 August 2024